JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN A. HOLGUIN and SHARON L. HOLGUIN,<br><br>Plaintiffs,<br><br>v.<br><br>MERIDIAN FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. 5:19-cv-00817-JGB-KK<br><br>**ORDER ON DISMISSAL OF DEFENDANT MERIDIAN FINANCIAL SERVICES, INC.** |

Plaintiffs, MARTIN A. HOLGUIN and SHARON L. HOLGUIN, and Defendant, MERIDIAN FINANCIAL SERVICES, INC., having filed with this Court their Stipulation of Dismissal and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The action against MERIDIAN FINANCIAL SERVICES, INC. is hereby dismissed with prejudice on the merits.

DATED: June 2, 2020

_____
UNITED STATES DISTRICT JUDGE

1